UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE LYNN MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. Cv-11-268-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED** for lack of subject-matter jurisdiction. Judgment is entered for Defendant.

DATED: January 3, 2013

                                              SEAN McAVOY<br>
                                              District Court Executive/Clerk

                                              s/ L. Stejskal<br>
                                              Deputy Clerk